UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNADETTE SCOTT,

        Plaintiff,                           No. 23-11661

v.                                     Honorable Nancy G. Edmunds

VIEWS BAR AND GRILL, LLC,

        Defendants.
_____/

**DEFAULT JUDGMENT**

The Court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for default judgment is GRANTED, and the case is DISMISSED. Plaintiff is awarded $7,043 in attorney's fees, and $866.90 in costs, and $850.00 in expert fees.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 20, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 20, 2024, by electronic and/or ordinary mail.

s/Johnetta Curry-Williams
Case Manager